6

CHICAGO, ROCK ISLAND & PACIFIC RAILWAY Co., Plaintiff in Error, v. Grace E.

PRESSNELL, Administratrix, etc. (Circuit Court of Appeals, Eighth Circuit. March 9, 1925.) No. 6826. In Error to the District Court of the United States for the District of Nebraska. E. P. Holmes and Guy C. Chambers, both of Lincoln, Neb., for plaintiff in error. H. B. Baird, of Lincoln, Neb., and Bartos & Bartos, of Wilber, Neb., for defendant in error.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of plaintiff in error and consent of defendant in error.